IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ERICA HENSON**                                                                 **PLAINTIFF**

v.                              No. 4:11-cv-258-DPM

FAST MART, INC.; KWICK
PANTRY, INC.; KIEHL FOOD
MART, INC.; MASOUD INVESTMENTS,
INC.; JALAL MASOUD; SAFI MASOUD;
and WADEEA MASOUD                                                    **DEFENDANTS**

## ORDER

The parties have notified the Court that they have reached a settlement. The Court therefore grants the joint motion to dismiss, *Document No. 14*, and dismisses Henson's complaint with prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2011