IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERICA HENSON                                                                PLAINTIFF

v.                           No. 4:11-cv-258-DPM

FAST MART, INC.; KWICK
PANTRY, INC.; KIEHL FOOD
MART, INC.; MASOUD INVESTMENTS,
INC.; JALAL MASOUD; SAFI MASOUD;
and WADEEA MASOUD                                               DEFENDANTS

JUDGMENT

Henson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2011